UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Case No.3:20-cv-00777-wmc

DEBORAH LAUFER, individually,

    Plaintiff,

v.

SERENITY AT CURRIERS LAKEVIEW
LODGE LLC d/b/a Curriers Lakeview Lodge,

    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(B), the parties hereby jointly stipulate to a dismissal of the above-captioned action, including all claims therein, with prejudice, each party to bear her/its own costs and attorney's fees.

Dated this 18th day of February, 2021.

| | |
|---|---|
| ____/s/ Kathy L. Houston_____ | _____/s/ Grace M. Kulkoski_____. |
| Kathy L. Houston, Esq. | Grace M. Kulkoski, Esq. |
| Email: courtdocs@houstonlawfl.com | Email: gkulkoski@vonbriesen.com |
| THE HOUSTON LAW FIRM, P.L. | von BRIESEN & ROPER, S.C. |
| 15321 S. Dixie Highway, Suite 205 | 10 e. Doty St., Ste. 900 |
| Miami, Florida 33157 | Madison, WI 53703 |
| Tel: 305-420-6609 – Fax 786-441-4416 | Tel: 608-441-0300 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |